UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------- X

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE): MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION : | 3:09-md-02100-DRH-PMF<br>MDL No. 2100 |
| LISA MANNING, Guardian and Next Friend of T.M., a Minor : | Judge David R. Herndon |
| Plaintiff : | |
| vs. : | |
| BAYER CORPORATION et al., : | |
| Defendants. | :Civil Action No.: 3:2009-cv-20132 |

---------------------------------------------------------- X

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:2009-cv-20132 Doc. 25), the Court hereby ORDERS as follows: Plaintiff's Motion is GRANTED. Further, the Court DIRECTS Plaintiff to file the amended complaint instanter.

SO ORDERED:

/s/ DavidRHerndon

Chief Judge
United States District Court

DATE: May 5, 2010